UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

WOMEN'S STUDIES ORGANIZATION OF RHODE ISLAND COLLEGE; Nichole Aguiar, individually and as President of the Women's Studies Organization; Sarah Satterlee, individually and as Vice-President of the Women's Studies Organization; Jennifer Magaw, individually and as Treasurer of the Women's Studies Organization,

Plaintiffs,

v.

RHODE ISLAND COLLEGE; John Nazarian, individually and in his capacity as President of Rhode Island College; Gary M. Penfield, individually and in his capacity as Vice President for Student Affairs of Rhode Island College,

Defendants.

C.A. No. 06-cv-00525-S

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of all Defendants in this matter.

Defendants,
By their attorney,

Date: February 8, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

LOCAL RULE 206(e) CERTIFICATION

I hereby certify that I am in the process of reviewing this matter, am familiar with the claims and the litigation, which is in the early stages, have requested a short extension of time to respond to the Complaint, and will be prepared to address all appropriate matters in the usual course. It is my belief that my entry of appearance at this time will not delay the orderly, usual course of the litigation.

/s/ Jeffrey S. Michaelson

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this 8 day of February, 2007:

Jennifer Azevedo, Esq.
Cooperating Attorney
Rhode Island Affiliate
American Civil Liberties Union
170 Westminster Street, Ste. 800
Providence, R.I. 02903

/s/ Jeffrey S. Michaelson