UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOMEN'S STUDIES ORGANIZATION OF RHODE ISLAND COLLEGE; Nichole Aguiar, individually and as President of the Women's Studies Organization; Sarah Satterlee, individually and as Vice-President of the Women's Studies Organization; Jennifer Magaw, individually and as Treasurer of the Women's Studies Organization, | C.A. No. 06-cv-00525-S |
| Plaintiffs, | |
| v. | |
| RHODE ISLAND COLLEGE; John Nazarian, individually and in his capacity as President of Rhode Island College; Gary M. Penfield, individually and in his capacity as Vice President for Student Affairs of Rhode Island College, | |
| Defendants. | |

MOTION TO WITHDRAW APPEARANCE

Pursuant to LR Gen 204(e)(2), the undersigned hereby moves, that he be permitted to withdraw his appearance on behalf of all Defendants in this matter.

In support of this Motion, he states as follows:

1. Successor counsel has already entered his appearance in this matter on behalf of Defendants and has certified that his entry will not delay the case.

2. The undersigned certifies that he has advised the Defendants of his desire to withdraw and Defendants do not object.

3. Plaintiff's counsel has assented to this Motion.

4. There is currently pending a Motion to Dismiss. Defendants' successor counsel is familiar with the Motion and has advised the undersigned that that Motion will be withdrawn upon the undersigned's withdrawal.

5. Plaintiff's counsel does not object to the withdrawal of the pending Motion.

Counsel believes that, given the posture of this matter, this Motion comports with the requirements of LR Gen 204 and further that no Memorandum of Law is required with this Motion. Counsel has filed, together with this Motion, an Affidavit of Non-Military Service.

WHEREFORE, the undersigned respectfully prays that this Motion be granted and that he be permitted to withdraw his appearance on behalf of the Defendants.

/s/ Nicholas Trott Long
Nicholas Trott Long, #2022
General Counsel
Roberts Hall 111, Rhode Island College
600 Mount Pleasant Avenue
Providence, RI 02908
401-456-8118
nlong@ric.edu; Nicholas@ntlong.com

Date: 12 February 2007

CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a copy of this motion and affidavit was electronically served this 12the day of February 2007 on Jennifer Azevedo Esq., azevedolaw@yahoo.com and Jeffrey S. Michaelson, Esq. jeffmichaelson@cox.net via the Electronic Case Filing System.
/s/Nicholas Trott Long

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| WOMEN'S STUDIES ORGANIZATION<br>OF RHODE ISLAND COLLEGE;<br>Nichole Aguiar, individually and as President<br>of the Women's Studies Organization;<br>Sarah Satterlee, individually and as Vice-<br>President of the Women's Studies Organization;<br>Jennifer Magaw, individually and as Treasurer<br>of the Women's Studies Organization,<br><br>Plaintiffs,<br><br>v.<br><br>RHODE ISLAND COLLEGE;<br>John Nazarian, individually and in his capacity<br>as President of Rhode Island College;<br>Gary M. Penfield, individually and in his<br>capacity as Vice President for Student Affairs<br>of Rhode Island College,<br><br>Defendants. | : | C.A. No. 06-cv-00525-S |

AFFIDAVIT OF NON-MILITARY SERVICE

Now comes Nicholas Trott Long, a member of the bar of this court, and, deposes and says as follows:

1. I have personal knowledge of the facts set forth in this Certification.

2. The two individual defendants in this matter are known to me and are not in the military service of the United States as defined in the Soldiers' and Sailors' Civil Relief Act, as amended.

/s/Nicholas Trott Long
Nicholas Trott Long