UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOMEN'S STUDIES ORGANIZATION OF RHODE ISLAND COLLEGE; Nichole Aguiar, individually and as President of the Women's Studies Organization; Sarah Satterlee, individually and as Vice-President of the Women's Studies Organization; Jennifer Magaw, individually and as Treasurer of the Women's Studies Organization, | C.A. No. 06-cv-00525-S |
| Plaintiffs, | |
| v. | |
| RHODE ISLAND COLLEGE; John Nazarian, individually and in his capacity as President of Rhode Island College; Gary M. Penfield, individually and in his capacity as Vice President for Student Affairs of Rhode Island College, | |
| Defendants. | |

WITHDRAWAL OF MOTION TO DISMISS

Defendants hereby withdraw their Motion to Dismiss, which Motion was filed on or about February 2, 2007.[1]

Defendants,
By their attorney,

Date: February 14, 2007

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

[1] Plaintiff's counsel has agreed to Stipulate to an extension until March 6, 2007 for Defendants to Answer the Complaint in this matter, which Stipulation (subject to the Court's approval) will be filed immediately after this Withdrawal.

CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing document to be mailed, first class mail, postage prepaid, to the following attorneys of record this 14 day of February, 2007:

Jennifer Azevedo, Esq.
Cooperating Attorney
Rhode Island Affiliate
American Civil Liberties Union
170 Westminster Street, Ste. 800
Providence, R.I. 02903

/s/ Jeffrey S. Michaelson