UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOMEN'S STUDIES ORGANIZATION OF RHODE ISLAND COLLEGE; Nichole Aguiar, individually and as President of the Women's Studies Organization; Sarah Satterlee, individually and as Vice-President of the Women's Studies Organization; Jennifer Magaw, individually and as Treasurer of the Women's Studies Organization, | C.A. No. 06-cv-00525-S |
| Plaintiffs, | |
| v. | |
| RHODE ISLAND COLLEGE; John Nazarian, individually and in his capacity as President of Rhode Island College; Gary M. Penfield, individually and in his capacity as Vice President for Student Affairs of Rhode Island College, | |
| Defendants. | |

STIPULATION EXTENDING TIME TO ANSWER

The parties hereby stipulate that the time in which Defendants may Answer the Complaint be extended through and including March 6, 2007.[1]

Plaintiffs,
By their Attorney,

/s/Jennifer Azevedo
Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate
Americans Civil Liberties Union
170 Westminster Street
Providence, R.I. 02903
Tel. (401) 454-4466
Fax (401) 351-3914

Date: February 14, 2007

Defendants,
By their attorney,

/s/ Jeffrey S. Michaelson
Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

Date: February 14, 2007

[1] A Motion to Dismiss filed by Defendants on or about February 2, 2007 has been withdrawn by Defendants.