UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOMEN'S STUDIES ORGANIZATION OF RHODE ISLAND COLLEGE; Nichole Aguiar, individually and as President of the Women's Studies Organization; Sarah Satterlee, individually and as Vice-President of the Women's Studies Organization; Jennifer Magaw, individually and as Treasurer of the Women's Studies Organization, | C.A. No. 06-cv-525-S |
| Plaintiffs, | |
| v. | |
| RHODE ISLAND COLLEGE; John Nazarian, individually and in his capacity as President of Rhode Island College; Gary M. Penfield, individually and in his capacity as Vice President for Student Affairs of Rhode Island College, | |
| Defendants. | |

JOINT MOTION TO EXTEND DEADLINES

Now come the parties in the above-referenced matter and respectfully pray that the deadlines set in the Pretrial Order dated April 10, 2007 be extended as follows:

1. The period for fact discovery be extended through and including November 10, 2007;

2. The date by which dispositive motions must be filed be extended through and including November 10, 2007;

3. The date by which Pretrial Memoranda must be filed, in the event that no dispositive motions are filed, be extended through and including November 10, 2007.

In support of this Motion, the parties state that, since the Pretrial Conference in this matter, the parties have been engaged in negotiations towards a possible informal resolution of

this matter. The parties state that they have made substantial progress towards a potential resolution but that, as of this date, they have not reached such a resolution. The parties continue to work diligently towards a potential resolution and remain optimistic that the matter may be resolved informally.

Given the status of negotiations, the parties believe that the extension prayed for in this Motion would aid and assist the parties in controlling the expenditure of time and expense which could materially assist in the negotiation process.

Based upon the nature of this Motion, the parties do not believe that a Memorandum of Law is required.

Respectfully submitted,
Defendants,
by their attorney,

/s/ Jeffrey S. Michaelson

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(fax)295-5220

Dated: August 23, 2007

Respectfully submitted,
Plaintiffs,
by their attorney,

/s/ Jennifer Azevedo

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate
Americans Civil Liberties Union
199 North Main Street
Providence, R.I. 02903
Tel. (401) 453-1500
Fax (401) 453-1501

Dated: August 23, 2007