UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WOMEN'S STUDIES ORGANIZATION OF RHODE ISLAND COLLEGE; Nichole Aguiar, individually and as President of the Women's Studies Organization; Sarah Satterlee, individually and as Vice-President of the Women's Studies Organization; Jennifer Magaw, individually and as Treasurer of the Women's Studies Organization, | C.A. No. 06-cv-00525-S |
| Plaintiffs, | |
| v. | |
| RHODE ISLAND COLLEGE; John Nazarian, individually and in his capacity as President of Rhode Island College; Gary M. Penfield, individually and in his capacity as Vice President for Student Affairs of Rhode Island College, | |
| Defendants. | |

STIPULATION OF DISMISSAL WITH PREJUDICE

The parties hereby stipulate, pursuant to Rule 41, Fed. R. Civ. Proc., that this matter may be and is hereby dismissed, with prejudice and without costs, all rights of appeal and claims for attorneys fees waived.

Plaintiffs,
By their Attorney,

Jennifer Azevedo, Esq. (#6462)
Cooperating Attorney
Rhode Island Affiliate
Americans Civil Liberties Union
199 North Main Street
Providence, R.I. 02903
Tel. (401) 453-1500
Fax (401) 453-1501

Date: 9/24/07

Defendants,
By their attorney,

Jeffrey S. Michaelson (#3299)
Michaelson & Michaelson
P.O. Box 622
7454 Post Road
North Kingstown, R.I. 02852
(401)295-4330
(Fax)295-5220

Date: 10/24/07